IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PHH MORTGAGE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00973-O |
| | § | |
| CARALEE FARAH, AMANDA MICHELLE DENEALE, CAROLYN J. MURPHY, AND BOBBY DEAN ROBERTS, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In the Court's Order (ECF No. 13), entered on September 3, 2021, the Court granted Plaintiff's Motion for Entry of Final Judgment (ECF No. 12). It is therefore **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **3rd day** of **September, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1