**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PHH MORTGAGE CORPORATION,** | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00973-O |
| **CARALEE FARAH, AMANDA MICHELLE DENEALE, CAROLYN J. MURPHY, AND BOBBY DEAN ROBERTS,** | § § § § § | |
| Defendants. | § § | |

## AMENDED AGREED FINAL JUDGMENT

Before the Court is the Plaintiff PHH Mortgage Corporation's Unopposed Motion to Modify Final Judgment (ECF No. 15), filed on September 30, 2021. Having considered the Motion, and any responses and replies thereto on file, the Court determines that the Motion has merit and should be granted. Therefore, the Court finds as follows:

1. Defendants Caralee Farah, Amanda Michelle DeNeale, Carolyn J. Murphy and Bobby Dean Roberts ("Defendants") stipulate that neither of them claims an interest in the Property at issue in this lawsuit, commonly known as 205 Mahogany Drive, Arlington, Texas 76018, and more particularly described as follows:

> LOT 22, BLOCK 49 OF FAIRFIELD, INCREMENT 7B, AN ADDITION TO THE CITY OF ARLINGTON, TARRANT COUNTY, TEXAS TO THE PLAT THEREOF RECORDED IN VOLUME 388-166, PAGE 74, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS.s

(the "Property"), and Defendants further stipulate that only to the extent necessary, they disclaim their interests in the Property.

2. Defendants further stipulate that they will not claim any interest in the Property at any future time, except that they reserve their right to claim any excess proceeds, if any, resulting

from the foreclosure sale of the Property. Additionally, they understand that the Court may rely upon the contents of this Agreed Judgment in the adjudication of this matter. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that Defendants have no interest in the Property and are barred from claiming any interest in the Property in future. It is further,

**ORDERED, ADJUDGED AND DECREED** that Defendants reserve their right to claim any excess proceeds, if any, resulting from the foreclosure sale of the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff or its successors or assigns, may proceed with non-judicial foreclosure on Defendants' interest in the Property as provided in the Deed of Trust and section 51.002 of the Texas Property Code. It is further,

**ORDERED, ADJUDGED AND DECREED** that except as otherwise noted above, Plaintiff takes nothing on its claims against Defendants. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff and Defendants are each to bear their respective costs, if any. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff may charge attorney's fees in connection with its claims may be added to the balance owed under the Note and enforceable only against the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that this Agreed Judgment fully and finally resolves all claims between Plaintiff and all Defendants. All relief not granted herein is denied.

**SIGNED** and **ENTERED** on this the 30th day of September 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE